UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-4435 FMO (SKx) | Date | September 27, 2021 |
|---|---|---|---|
| Title | **William Salpaka, et al. v. Liberty Mutual Insurance Company** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

Pursuant to Fed. R. Civ. P. 81(c)(2), "[a] defendant who did not answer before removal must answer or present other defenses or objections" under the Federal Rules of Civil Procedure "within the longest of [the following] periods:" (1) "21 days after receiving – through service or otherwise – a copy of the initial pleading stating the claim for relief;" (2) "21 days after being served with the summons for an initial pleading on file at the time of service; or" (3) "7 days after the notice of removal is filed."

In the present case, defendant Liberty Mutual Insurance Company removed this action on May 27, 2021. (See Dkt. 1, Notice of Removal ("NOR")). In connection with the NOR, defendant did not include its Answer. (See, generally, Dkt.). Nor has defendant filed an answer since it removed this action. (See, generally, id.). Thus, it appears that the Rule 81(c)(2) time periods have not been met. Accordingly, the court, on its own motion, orders plaintiff(s) to file an application for entry of default pursuant to Fed. R. Civ. P. 55 and the Local Rules no later than **October 4, 2021**. Failure to file a timely application shall result in the action or the above defendant(s) being dismissed for lack of prosecution and for failure to comply with the orders of the court. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962). If the action has settled, the parties shall file a Notice of Settlement within the deadline set forth above.

| | 00 : 00 |
|---|---|
| Initials of Preparer | gga |